IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-08588 BKT

JORGE L OBEN CARRERAS

Chapter 13

XXX-XX-9984

FILED & ENTERED ON 10/4/2010

Debtor(s)

**ORDER**

Debtor's motion for continuance of the automatic stay (docket #10) is hereby denied for failure to comply with PR-LBR 4001-5(b).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 04 day of October, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JOSE M PRIETO CARBALLO
JOSE RAMON CARRION MORALES