# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JORGE L OBEN CARRERAS

Bkrtcy. No. 10-08588-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Sep 16, 2010
Meeting Date: Oct 18, 2010
DC Track No.: 22

Days from petition date: 32
Meeting Time: 2:00 PM

910 Days before Petition: 3/20/2008
☐ Chapter 13 Plan Date: Sep 16, 2010 Dkt.# 2
☐ Amended

This is debtor(s) 2nd Bankruptcy petition.
Plan Base: $290,000.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Nov 18, 2010
Time: 2:30 PM

☑ Payment(s) ☐ Received or ☑ Evidence shown at meeting:
Ck/MO No.: CK 1178
Date: Oct 14, 10
Amount: $1500.00
Total Paid In: $0.00

### I. Appearances:
☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se
☐ Telephone ☐ Video Conference
☑ Creditor(s) present: ☐ None
First Bank - Melendez
BPPR - Colon

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00
Paid Pre-Petition: $177.00
Outstanding: $2,823.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.
Liquidation Value: $5400
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: NO POOL

The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:

Payment of Second Motor Vehicle is not Necessary for Debtors Reorganization.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Oct 18, 2010