IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-08588 |
|---|---|
| **JORGE L OBEN CARRERAS** | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to provide for Crim's secured claim.

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 3rd day of March of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

Case No. 10-08588-13

Chapter 13

IN RE:

OBEN CARRERAS, JORGE L
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 3/03/2011
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,500.00 x 60 = $ 90,000.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 90,000.00

Additional Payments:
$ 200,000.00 to be paid as a LUMP SUM within 18 months with proceeds to come from:

☑ Sale of Property identified as follows:
OF REFINANCE OF PROPERTY

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 290,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,823.00

Signed: /s/ JORGE L OBEN CARRERAS
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR        Cr. ___        Cr. ___
# 71010011775098  # ___        # ___
$ 900.00        $ ___          $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. CRIM        Cr. LUIS FARGAS BENITES  Cr. ___
# ___           # ___           # ___
$ 72.00         $ 225,000.00    $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___         Cr. ___         Cr. ___
# ___           # ___           # ___
$ ___           $ ___           $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
COOP JESUS OBRERO
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:   ☐ Co-debtor Claims / ☐ Other: ___
                  ☐ Paid 100% / ☐ Other: ___
Cr. ___         Cr. ___         Cr. ___
# ___           # ___           # ___
$ ___           $ ___           $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
See Continuation Sheet

Attorney for Debtor Jose Prieto _____ Phone: (787) 607-2066

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE OBEN CARRERAS, JORGE L                                  Case No. 10-08588-13
                        Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 2

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | BPPR<br>FIRST BANK OF PR | | |
| **Executory Contracts - Rejected:** | BPPR | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE OBEN CARRERAS, JORGE L          Case No. 10-08588-13
                    Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL REJECT LEASE WITH FIRST BANK SINCE VEHICLE IS PAYED AND USED BY A THIRD PARTY

DEBTOR WILL REJECT LEASE WITH BPPR SION SINCE ITS BEEN PAYED AND USED BY A THIRD PARTY

DEBTOR WILL CURE ARREARS WITH BPPR AUTO CLAIM 12 FOR CHYSLER 300C

ADEQUATE PROTECTION TO LUIS FARGAS SECURED CREDITOR IN THE AMOUNT OF $1,000.00 MONTHLY.

DEBTOR CONSENTS TO THE LIFT OF STAY IN FAVOR OF CREDITOR FRANCISCO FIGUEROA FUENTES, WITH REGARDS TO THE SECURED PORTION OF HIS CLAIM

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-08588-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Nov 16 17:21:42 AST 2010 | BANCO POPULAR DE PUERTO RICO<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | FIRSTBANK PUERTO RICO<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AMERICAN EXPRESS<br>P O BOX 360001<br>FORT LAUDERDALE, FL 33336-0001 |
| American Express TRS Co Inc Latin American<br>Division<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | BANK OF AMERICA<br>P O BOX 1532<br>WILMINGTON, DE 19899-1532 | BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 |
| CAPITAL ONE<br>P O BOX 2270<br>SOUTHGATE, MI  48195-4270 | CHARLES CANDELARIA FARRULLA<br>PO BOX 40704<br>SAN JUAN, PR 00940-0704 | CITIFINANCIAL<br>P O BOX 70919<br>CHARLOTTE, NC 28272-0919 |
| COOPERATIVA A/C JESUS OBRERO<br>PMB 159 HC 01 BOX 29030<br>CAGUAS, PR 00726-4900 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | CRIM<br>P O BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DISCOVER<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 |
| FIRST BANK OF PR<br>P O BOX 19327<br>SAN JUAN, PR 00910-1327 | FIRST SOURCE ADVANTAGE LLC<br>P O BOX 628<br>BUFFALO, NY  14240-0628 | FRANCISCO FIGUEROA FUENTES<br>PO BOX 196<br>GUAYNABO, PR 00970-0196 |
| IRS<br>P O BOX 21125<br>PHILADELPHIA, PA 19114-0325 | LESTER TORO ACOSTA<br>P O BOX 3916<br>CAROLINA, PR 00984-3916 | LUIS FARGAS BENITES<br>1509 LOPEZ LANDRON 10TH FLOOR<br>AMERICAN AIR LINES BUILDING<br>SAN JUAN, PR 00911-1933 |
| LUIS FARGAS BENITEZ<br>1509 LOPEZ LANDRON 10TH FLOOR<br>SAN JUAN PR 00911-1933 | LUIS GARCIA MAGARIDA<br>PO BOX 9533<br>SAN JUAN, PR 00908-0533 | PEDRO NICOT SANTANA<br>PO BOX 360486<br>San Juan, PR  00936-0486 |
| POPULAR AUTO (POPULAR LEASING)<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | SALLIMAE<br>P O BOX 9235<br>WILKES BARRE, PA  18773 | JORGE L OBEN CARRERAS<br>P O BOX 13451<br>SAN JUAN, PR 00908-3451 |

JOSE M PRIETO CARBALLO            JOSE RAMON CARRION MORALES         MONSITA LECAROZ ARRIBAS
JPC LAW OFFICE                    PO BOX 9023884                     OFFICE OF THE US TRUSTEE (UST)
PO BOX 363565                     SAN JUAN, PR 00902-3884            OCHOA BUILDING
SAN JUAN, PR 00936-3565                                              500 TANCA STREET  SUITE 301
                                                                     SAN JUAN, PR 00901-1938


            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)BANCO POPULAR DE PUERTO RICO      (d)CitiFinancial, Inc             (d)LUIS FARGAS BENITEZ
c/o WALLACE VAZQUEZ SANABRIA         P.O. Box 70919                    1509 Lopez Landron
17 MEXICO STREET, SUITE D-1          Charlotte NC 28272-0919           10th Floor
SAN JUAN, PR 00917-2202                                                San Juan, PR 00911-1933


End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35