IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JORGE L OBEN CARRERAS

XXX-XX-9984

Debtor(s)

CASE NO. 10-08588 BKT

Chapter 13

FILED & ENTERED ON 03/24/2011

### ORDER DISMISSING CASE

For the reasons stated in open Court on 3/10/2011, docket No. 55, the instant case be and is hereby dismissed.

The Court retains jurisdiction for ten (10) days to allow the Debtor's Counsel to file its Application for Compensation.

SO ORDERED.

San Juan, Puerto Rico, this 24 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC:  All creditors
     F/up