IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JORGE L OBEN CARRERAS

CASE NO. 10-08588 BKT

Chapter 13

XXX-XX-9984

FILED & ENTERED ON 03/24/2011

**Debtor(s)**

ORDER

The Order Dismissing the Case entered on 3/24/2011, docket entry No.56, was improvidently entered. The Order Dismissing the Case is vacated and set aside.

IT IS SO ORDERED.

San Juan, Puerto Rico this 24 day of March, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JOSE M PRIETO CARBALLO
JOSE RAMON CARRION MORALES
ALL CREDITORS