# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: JORGE L OBEN CARRERAS
**Case Number**: 10-08588-BKT13  **Chapter:** 13
**Date / Time / Room**: 3/10/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: WENDY VEGA
**Reporter / ECR**: ADA LOPEZ

### Matter:

Confirmation Hearing

Final hearing Motion for Relief From Stay Under 362 filed by Banco Popular de Puerto Rico (#34) and debtor's answer (#41)

Stipulation for a consensual plan filed between debtor and creditor Luis Fargas Benitez (#21)

### Appearances:

JULIEL PEREZ for JOSE RAMON CARRION MORALES, TRUSTEE
JOSE M PRIETO CARBALLO FOR DEBTOR
MARISTELLA SANCHEZ FOR FIRSTBANK
WALLACE VAZQUEZ SANABRIA FOR BANCO POPULAR
HERNANDEZ VIVONI FOR LUIS FARGAS BENITEZ

### Proceedings:

**ORDER:**

As to Firstbank's motion, Mr. Prieto informed that the evidence was provided as to the third party of the vehicle. Firstbank withdrew its motion (docket No. 51). Withdrawal is granted.

As to BPPR's motion, debtor is still in arrears in the amount of $1,752.96. The balance owed will be paid by March 31, 2011, or still is lifted automatically. This amount includes the month of March. Mr. Vaquez agreed with Debtor's Counsel. Agreement reached and stated in open court is approved.

Debtor is in arrears with the Trustee's payment. Plan was orally amended as follows: 4

x $1,500.00, 2 x 0, 54 x $1,500 and a lump sum payment of $2,300.00 within 15 months in accordance with the stipulation with Mr. Fargas.  The stipulation for consensual plan (docket No. 21) is approved.

The Trustee recommended favorably the plan dated 3/3/2011 (docket No. 50)  with the oral amendment  presented in open Court.  The plan is confirmed.  Separate order will be entered.

/S/BRIAN K. TESTER
U.S. BANKRUPTCY JUDGE