IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> JORGE L OBEN CARRERAS <br>    Debtor | CASE NO. 10-08588(BKT) <br><br> CHAPTER 13 |
|---|---|
| BANCO POPULAR DE PUERTO RICO <br>    Movant <br> Vs. <br><br> JORGE L OBEN CARRERAS <br> JOSE R CARRION MORALES <br>    Respondents | INDEX: _____ |

MOTION REQUESTING ORDER WITH RESPECT TO LIFTING OF
THE AUTOMATIC STAY

TO THE HONORABLE COURT:

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), through counsel, and most respectfully **STATES** and **PRAYS:**

1. During the hearing of March 10, 2011 debtor agreed to pay balance owed for $1,752.96 on March 31, 2011. This amount includes the month of March.

2. Debtor failed. The time has elapsed and debtor has not cured arrears.

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

3. As of filing of this motion debtor still 3 post petitions in arrears, late charges and legal fess. Total arrears $2,576.20.

4. In view of the above and of the adequate protection order the stay is automatically lifted.

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Please take notice that unless a party in interest files an objection to this Motion With Respect to Lifting of the Automatic Stay and request a hearing in writing with the Clerk of the Court, and serves with copy to the undersigned attorney within **FOURTEEN (14) DAYS** from the date of this Notice, the Motion may be approved by the Court without further notice or hearing. If the party in interest concurs with the above Motion, no action need be taken.

**WHEREFORE,** it is respectfully requested that this Motion BE granted, with such further relief as is deemed appropriate in the circumstances.

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

***I CERTIFY,*** that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Jose M Prieto Carballo; Mr. Jose R Carrrion Morales;** and **Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this 14 day of April, 2011.

Wallace Vazquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vazquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

```
Label Matrix for local noticing        BANCO POPULAR PR                        DEPARTAMENTO DE HACIENDA
0104-3                                  WALLACE VAZQUEZ SANABRIA ESQ           PO BOX 9024140
Case 10-08588-BKT13                     17 MEXICO STREET  SUITE D-1            OFICINA 424-B
District of Puerto Rico                 SAN JUAN, PR 00917-2202                SAN JUAN, PR 00902-4140
Old San Juan
Fri Apr 15 14:23:40 AST 2011

FIRSTBANK PUERTO RICO                   POPULAR AUTO                           PR DEPARTMENT OF LABOR
PO BOX 9146                             EDGAR A VEGA RIVERA ESQ                PRUDENCIO RIVERA MARTINEZ BLDG
SAN JUAN, PR 00908-0146                 PO BOX 366818                          505 MUNOZ RIVERA AVENUE
                                        SAN JUAN, PR 00936-6818                12 FLOOR
                                                                               SAN JUAN, PR 00918

RECOVERY MANAGEMENT SYSTEMS CORP        US TRUSTEE                             US Bankruptcy Court District of P.R.
RAMESH SINGH                            EDIFICIO OCHOA                         U.S. Post Office and Courthouse Building
25 SE 2ND AVE STE 1120                  500 TANCA STREET SUITE 301             300 Recinto Sur Street, Room 109
MIAMI, FL 33131-1605                    SAN JUAN, PR 00901-1938                San Juan, PR 00901-1964

AMERICAN EXPRESS                        American Express TRS Co Inc Latin American   BANCO POPULAR DE PUERTO RICO
P O BOX 360001                          Division                               c/o WALLACE VAZQUEZ SANABRIA
FORT LAUDERDALE, FL 33336-0001          c/o Becket and Lee LLP                 17 MEXICO STREET, SUITE D-1
                                        POB 3001                               SAN JUAN, PR 00917-2202
                                        Malvern  PA 19355-0701

BANK OF AMERICA                         BPPR                                   CAPITAL ONE
P O BOX 1532                            P O BOX 366818                         P O BOX 2270
WILMINGTON, DE 19899-1532               SAN JUAN, PR 00936-6818                SOUTHGATE, MI  48195-4270

CHARLES CANDELARIA FARRULLA             CITIFINANCIAL                          COOPERATIVA A/C JESUS OBRERO
PO BOX 40704                            P O BOX 70919                          PMB 159 HC 01 BOX 29030
SAN JUAN, PR 00940-0704                 CHARLOTTE, NC 28272-0919               CAGUAS, PR 00726-4900

CR Evergreen, LLC                       CRIM                                   DISCOVER
MS 550                                  P O BOX 195387                         P.O. Box 6103
PO Box 91121                            SAN JUAN, PR 00919-5387                Carol Stream, IL 60197-6103
Seattle, WA 98111-9221

Discover Bank                           FIRST BANK                             FIRST BANK OF PR
Dfs Services LLC                        BANKRUPTCY DIVISION                    P O BOX 19327
PO Box 3025                             PO BOX 9146                            SAN JUAN, PR 00910-1327
New Albany, OH  43054-3025              SAN JUAN PR 00908-0146

FIRST SOURCE ADVANTAGE LLC              FRANCISCO FIGUEROA FUENTES             IRS
P O BOX 628                             PO BOX 196                             P O BOX 21125
BUFFALO, NY  14240-0628                 GUAYNABO PR 00970-0196                 PHILADELPHIA, PA 19114-0325

LESTER TORO ACOSTA                      LUIS FARGAS BENITES                    LUIS FARGAS BENITEZ
P O BOX 3916                            1509 LOPEZ LANDRON 10TH FLOOR          1509 LOPEZ LANDRON 10TH FLOOR
CAROLINA, PR 00984-3916                 AMERICAN AIR LINES BUILDING            SAN JUAN PR 00911-1933
                                        SAN JUAN, PR 00911-1933
```

| | | |
|---|---|---|
| LUIS GARCIA MAGARIDA<br>PO BOX 9533<br>SAN JUAN, PR 00908-0533 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | PEDRO NICOT SANTANA<br>PO BOX 360486<br>San Juan, PR 00936-0486 |
| POPULAR AUTO (POPULAR LEASING)<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | PUERTO RICO ELECTRIC POWER<br>BANKRUPTCY CLAIMS OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | SALLIMAE<br>P O BOX 9235<br>WILKES BARRE, PA 18773 |
| Sallie Mae PC Trust<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706-1496 | FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | JORGE L OBEN CARRERAS<br>P O BOX 13451<br>SAN JUAN, PR 00908-3451 |
| JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)CitiFinancial, Inc<br>P.O. Box 70919<br>Charlotte NC 28272-0919 | (d)FRANCISCO FIGUEROA FUENTES<br>PO BOX 196<br>GUAYNABO, PR 00970-0196 | (d)FRANCISCO FIGUEROA-FUENTES<br>PO BOX 196<br>GUAYNABO, PR 00970-0196 |
| (d)LUIS FARGAS BENITEZ<br>1509 Lopez Landron<br>10th Floor<br>San Juan, PR 00911-1933 | End of Label Matrix<br>Mailable recipients 41<br>Bypassed recipients 4<br>Total 45 | |